

# Fourth Court of Appeals
## San Antonio, Texas

September 11, 2024

No. 04-24-00393-CV

**IN RE** Ernesto **CORDERO**, Relator

Original Proceeding[1]

### ORDER

On June 7, 2024, relator filed a petition for writ of mandamus. After considering the petition, the court concludes relator has not demonstrated that he is entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED without prejudice. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on September 11, 2024.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of September, 2024.

_____
Luz Estrada, Chief Deputy Clerk

---

[1]This proceeding arises out of Cause No. 2023-CI-26915, styled *In the Matter of the Marriage of Lori Fine and Ernesto Cordero and In the Interest of V.F., a child*, pending in the 45th Judicial District Court, Bexar County, Texas, the Honorable Christine Vasquez-Hortick presiding.